United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston, TX | Adversary Case Number | 23-03061 |
|---|---|---|---|
| David Dunn, as Trustee of the Basic Energy Litigation Trust ||||
| *versus* ||||
| Lawrence First, et al. ||||

This lawyer, who is admitted to the State Bar of _____**California**_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Virginia Milstead<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 687-5592<br>CA Bar No. 234578 |
|---|---|

Seeks to appear as the attorney for this party:

| Defendants Timothy H. Day, John E. Jackson, James D. Kern, Samuel E. Langford, Julio M. Quintana, and Keith L. Schilling ||
|---|---|
| Dated: 6/15/2023 | Signed: *V.F. Milstead* |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order (Docket No. 19)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: June 22, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**