United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BASIC ENERGY SERVICES, INC, *et al.*,<br><br>　　Debtors. | Chapter 11<br><br>Case No. 21-90002 (DRJ)<br><br>(Jointly Administered) |
| DAVID DUNN, as Trustee of the Basic Energy Litigation Trust,<br><br>　　Plaintiff,<br><br>vs.<br><br>LAWRENCE FIRST, ROSS SOLOMON, DEREK JEONG, JULIO M. QUINTANA, JOHN E. JACKSON, JAMES D. KERN, TIMOTHY H. DAY, SAMUEL E. LANGFORD, AND KEITH L. SCHILLING<br><br>　　Defendants. | Adversary Case No. 23-03061 (DRJ) |

**ORDER ALLOWING LATE FILED RESPONSE**
**(Re: Docket No. __40__ )**

This Court, having reviewed the Motion to Allow Late Filed Response, and any responses thereto, finds that:

1) The failure to timely file the Response was the result of excusable neglect.

2) The Response filed at Docket 39 is allowed and deemed timely filed.

3) This Court retains jurisdiction over the interpretation and enforcement of this Order.

**Signed: August 31, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**